**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SANDY WATERS,
an individual,

    Plaintiff,

CASE NO.: 6:21-cv-01644-ACC-DCI

v.

GOODLEAP, LLC f/k/a LOANPAL, LLC,
a foreign limited liability company,

    Defendant.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

  __X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

    - *See Pinellas County, Florida, Case # 21-003164-CI.*

  _____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court or administrative agency.

    Respectfully submitted,

    *s/Ethan B. Babb, Esq.*
    **ETHAN B. BABB, ESQ.**
    Florida Bar No.: 0127488
    ebabb@llr.law
    **AARON D. LYONS, ESQ.**
    Florida Bar No. 85758
    Email: alyons@llr.law
    **LACEY| LYONS| REZANKA**
    1901 S. Harbor City Boulevard
    Suite 505
    Melbourne, Florida 32901

2

Tel: (321) 608-0890  
Fax: (321) 608-0891  
*Counsel for Plaintiff*

## CERITIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2021, I e-filed this document using the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

*s/Ethan B. Babb, Esq.*  
**ETHAN B. BABB, ESQ.**